DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

DONTAVIOUS SPARROW,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1416

————————————————

April 17, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Chris Helinger, Judge.

Dontavious Sparrow, pro se.

PER CURIAM.

Affirmed.

CASANUEVA, BLACK, and LUCAS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.